IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. |
| | ) |
| TYMAINE LADARIUS DARWIN | ) |

**I N F O R M A T I O N**

**COUNT ONE:  [21 U.S.C. § 841(a)(1) and (b)(1)(D)]**

The United States Attorney charges that:

On or about the 23rd day of March 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**TYMAINE LADARIUS DARWIN,**

did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marihuana, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

**COUNT TWO:  [18 U.S.C. § 924(c)]**

The United States Attorney charges that:

On or about the 23rd day of March 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**TYMAINE LADARIUS DARWIN,**

knowingly used and carried a firearm, that is, a Taurus 9mm pistol, during and in

relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Marihuana, as charged in Count One, in violation of Title 18, United States Code, Section 924(c).

PRIM F. ESCALONA
United States Attorney

*/s/Electronic Signature*

BRITTNEY L. PLYLER
Assistant United States Attorney